UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDD GROUP, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE GLASS GURU FRANCHISE SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-04070-JST<br><br>**ORDER RE: LETTER SEEKING CLARIFICATION**<br><br>Re: Dkt. No. 30 |

The Court has received the letter from defendant's counsel dated April 19, 2013. ECF No. 30. The letter appears not to have been copied to other counsel and not to constitute a joint request. The Court is prohibited from considering an *ex parte* contact from any party or lawyer in a proceeding. Code of Conduct for United States Judges, Canon 3(A)(4). Accordingly, the Court takes no action with regard to the letter.

If the parties are unclear about the obligations imposed by the Court's April 16 minute order, they should meet and confer and, if that process does not eliminate any confusion, either submit a joint stipulation and proposed order, or jointly seek the court's guidance by ex parte application.

**IT IS SO ORDERED**.

Dated: April 25, 2013

_____
JON S. TIGAR
United States District Judge