1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    THE REDD GROUP, LLC, et al.,                 Case No.  12-cv-04070-JST
                    Plaintiffs,
8                                                 **ORDER**
           v.
9                                                 Re: Dkt. No. 31
10   THE GLASS GURU FRANCHISE
     SYSTEMS, INC., et al.,
11                  Defendants.
12
13          The Court wishes to clarify its Order at ECF docket number 31 Re: Defendant's Letter
14   Seeking Clarification at ECF docket number 30.  The Court recognizes that, by filing its letter via
15   the electronic case filing system, Defendant did properly serve it on all parties in the case.
16   Nevertheless, the Court ordinarily cannot consider an informal request from one party without
17   hearing from all other parties and, where appropriate, requiring the parties to meet and confer.
18          Accordingly, the terms of the last paragraph of the Court's Order dated April 25, 2013,
19   remain the same.
20          **IT IS SO ORDERED**.
21   Dated: April 26, 2013
22
23                                                    JON S. TIGAR
                                                      United States District Judge
24
25
26
27
28

United States District Court
Northern District of California