UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDD GROUP, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLASS GURU FRANCHISE SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 12-cv-04070-JST<br><br>**ORDER STAYING LITIGATION FOR 90 DAYS PENDING MEDIATION**<br><br>Re: ECF No. 47 |

The parties' stipulated request to stay this litigation for ninety days pending mediation is hereby GRANTED as follows:

1. This action is stayed, in all respects, for ninety days.

2. The parties are ordered to file a joint letter with the Court by August 15, 2013, identifying the date and time of the parties' mediation, as well as the identity of the mediator. A letter that merely identifies a mutually agreeable mediator without indicating the date and time of a scheduled mediation does not comply with this Order. If, and only if, the parties have failed to file a letter as ordered herein, lead counsel shall appear personally on August 19, 2013, at 8:30 a.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.

3. Plaintiff's Second Amended Complaint is due October 16, 2013.

4. All briefing deadlines relating to the parties' pending motions (ECF Nos. 44, 46) are hereby postponed by ninety days. The Court will hold a hearing on both motions on November 14, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.

5. The parties shall appear for a case management conference on November 14, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco,

California. The parties shall file their joint case management conference statement pursuant to the Civil Local Rules and this Court's Standing Orders by October 30, 2013.

**IT IS SO ORDERED.**

Dated: July 19, 2013

_____
JON S. TIGAR
United States District Judge