UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDD GROUP, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE GLASS GURU FRANCHISE SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No. 12-cv-04070-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND GRANTING STIPULATION STAYING LITIGATION FOR 45 DAYS TO COMPLETE MEDIATION** |

The Court has reviewed Plaintiffs' response to the Order to Show Cause this Court issued on October 17, 2013, for failure timely to file a second amended complaint. The Order to Show Cause, ECF No. 55, is hereby VACATED.

The Court has also reviewed the parties' stipulation requesting a further stay of this litigation for forty-five days to complete mediation. The Court hereby GRANTS the stipulation as follows:

    1.    This action is stayed until December 15, 2013.

    2.    Plaintiffs' Second Amended Complaint shall be filed by January 3, 2014.

    3.    Responses to the pending motions filed at ECF Nos. 44 and 46 shall be filed by January 9, 2014. Replies shall be filed by January 16, 2014.

    4.    The Court will hold a hearing on both motions on February 6, 2014, in Courtroom

/ / /

/ / /

/ / /

/ / /

/ / /

1  9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.

2      5.    The parties shall appear for a case management conference on February 6, 2014, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.  The parties shall file their joint case management statement pursuant to the Civil Local Rules and this Court's Standing Orders by January 23, 2014.

**IT IS SO ORDERED.**

Dated:  October 29, 2013

                                                      JON S. TIGAR
                                              United States District Judge