Keith R. Gillette (Bar No. 191082)
kgillette@archernorris.com
Chad D. Greeson (Bar No. 251928)
cgreeson@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620

Attorneys for Plaintiffs
THE REDD GROUP, LLC.
and GLASSRENU LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDD GROUP, LLC. and GLASSRENU LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLASS GURU FRANCHISE SYSTEMS, INC., DANIEL FREY,<br><br>Defendant. | Case No.  3:12-CV-04070 JST<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  August 2, 2012<br><br>Judge:  Hon. Jon S. Tigar |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), Plaintiffs THE REDD GROUP, LLC and GLASSRENUE LLC ("Plaintiffs") and defendants THE GLASS GURU FRANCHISE SYSTEMS, INC., DANIEL FREY ("Defendants") (collectively, the "Parties") hereby stipulate that this action and all claims that the Parties have asserted in the Complaint in this action are hereby dismissed with prejudice. Each party to bear its own costs and attorney's fees. The Clerk shall close this file.

///

///

IT IS SO STIPULATED.

DATED: January 6, 2014         /s/ Chad D. Greeson
                               Keith R. Gillette
                               Chad D. Greeson
                               Attorneys for Plaintiffs
                               THE REDD GROUP, LLC and
                               GLASSRENU, LLC


                               BIELEN, LAMPE & THOEMING


DATED: January 6, 2014         /s/ Charles L. Thoeming
                               Charles L. Thoeming
                               Attorney for Defendants
                               THE GLASS GURU FRANCHISE SYSTEMS, INC. and
                               DANIEL FREY

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

By:     /s/ Chad D. Greeson
        Chad D. Greeson